U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 19 2026

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division:  Atlanta
(USAO: 2026R00247)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:    Fulton

DISTRICT COURT NO.        1:26-cr-0122

MAGISTRATE CASE NO.

Indictment
DATE:

X Information
DATE: March 19, 2026

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
LUTHER DAVIS

GREATER OFFENSE CHARGED: X  Felony  Misdemeanor

## Defendant Information:

Is the defendant in custody?    Yes    X No
Will the defendant be arrested pending outcome of this proceeding?    X Yes   No
Is the defendant a fugitive?    Yes   X No
Has the defendant been released on bond?    Yes    X No

Will the defendant require an interpreter?    Yes    X No

District Judge:

Attorney:  C. Brock Brockington
Defense Attorney: