

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*     *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*             *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

August 4, 2026

Courtroom Deputy United
States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Re:   USA v. Ramirez-Morga, et al.                   1:11-CR-00391
      USA v. Edwin Rivera, et al                     1:13 CR 00280
      USA v. Kelvin Bolton, et al                    1:22-CR-00091
      USA v. Ashmeade, et al                         1:23-CR-00125
      USA v. Normany Parham                          1:25-CR-00289
      USA v. Makala Raglin, et al                    1:25-CR-00315
      USA v. Joseph D. Jackson                       1:25-CR-00347
      USA v. Michael Orlando Hernandez Coello        1:26-CR-00200
      USA v. CJ Evins                                1:26-CR-00121
      USA v. Luther Davis                            1:26-CR-00122
      USA v. Genel Guadalupe Cody                    1:26-CR-00218
      USA v. Adebowale Adeniran                      1:26-CR-00226
      USA v. Benjamin Falade                         1:26-CR-00227
      USA v. Omar Morales-Guzman                     1:26-CR-00316
      USA v. Donald Scott George                     1:26-CR-00231

Dear Courtroom Deputy:

   This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on August 13, 14, 17 and 18, 2026.

    I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

                              Sincerely,

                              THEODORE S. HERTZBERG
                              *United States Attorney*

                              */s/ C. Brock Brockington*
                              *C. BROCK BROCKINGTON*
                              *Assistant United States Attorney*

cc:  Counsel for Defendants